1 | Eleanor M. Lackman, Esq., No. 298594
2 | *elackman@cdas.com*
3 | COWAN, DeBAETS, ABRAHAMS,
  | & SHEPPARD LLP
4 | 9595 Wilshire Boulevard, Suite 900
  | Beverly Hills, CA 90212
5 | Telephone: (310) 492-4392
6 | Telefax: (310) 492-4394

7 | Attorneys for Plaintiff
8 | FAZE CLAN INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FAZE CLAN INC., a Delaware corporation, | Case No.: 2:18-cv-00777-RGK (JEMX) |
|---|---|
| Plaintiff, | **DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF STIPULATION TO ADJOURN RULE 16(b) SCHEDULING CONFERENCE** |
| v. | |
| FAZE APPAREL, LLC, a California limited liability company, | |
| Defendant. | Before the Hon. R. Gary Klausner |

1

ELEANOR M. LACKMAN declares as follows:

1. I am a member of the law firm of Cowan, DeBaets, Abrahams & Sheppard LLP, attorneys for plaintiff Faze Clan Inc. ("Faze Clan") in this proceeding. I am admitted to practice before this Court. I make this declaration in support of Faze Clan and defendant Faze Apparel, LLC's joint stipulation to adjourn the Rule 16(b) scheduling conference from July 16, 2018 to July 23, 2018.

2. Two related actions involving the parties are currently pending before this Court: the above-captioned action and *Faze Apparel, LLC v. Faze Clan Inc.,* 2:18-cv-02052-RGK-JEM ("the related action").

3. The two actions are on slightly different schedules. As noted, the Rule 16(b) scheduling conference in this action is set for July 16, 2018. The parties are also scheduled to appear before the Court for a Rule 16(b) scheduling conference in the related action the following week, on July 23, 2018 at 9:00 a.m.

4. The parties have met and conferred and expect that the topics to be covered at the July 16, 2018 conference, including the scope, methods, and protocol governing discovery, will be identical to those covered at the July 23, 2018 conference. Holding the conference at the same date and time will therefore serve the purposes of judicial economy by avoiding the need for two separate hearings and duplicative Rule 26(f) reports.

5. This adjournment would further serve to accommodate lead trial counsel for both parties, both of whom are based primarily outside of this District and would need to travel on two consecutive weeks for both the July 16, 2018 and July 23, 2018 conferences.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2018

_____
Eleanor M. Lackman

3

DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF STIPULATION TO ADJOURN RULE 16(B) SCHEDULING CONFERENCE